UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH NESBITT, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 21-11071-IT |
| | * |
| STEPHEN KENNEDY, Acting Superintendent, | * |
| | * |
| Defendant. | * |
| | * |

ORDER

November 5, 2021

TALWANI, D.J.

      Plaintiff Ralph Nesbitt, who is incarcerated at MCI Concord, commenced this action on June 25, 2021, by filing, *inter alia*, a *pro se* Complaint [#1] and Motion to Proceed *in Forma Pauperis* [#3]. On September 10, 2021, the court denied the motion without prejudice because Nesbitt had not filed a six-month prisoner account statement. Order [#6]. The court directed Nesbitt either to pay the filing and administrative fees or file a renewed motion to proceed *in forma pauperis* with a prison account statement within twenty-one (21) days. Id.[1]

      Nesbitt neither submitted payment nor renewed his motion, but on September 30, 2021, the Clerk received a copy of Nesbitt's prison account statement [#7]. The prison account statement shows that, just prior to filing this action, the balance of Nesbitt's personal prison

---

[1] The statutory fee for filing a non-habeas civil action is currently $350. See 28 U.S.C. § 1914(a). As permitted by 28 U.S.C. § 1914(b), the Judicial Conference of the United States imposes an administrative fee, currently $52, for the filing of a non-habeas civil action. If a prisoner is allowed to proceed *in forma pauperis*, the administrative fee is waived but the prisoner is still obligated to pay the statutory filing fee over time.

account was $3,025.90 and in the six months period covered by the prison account statement, Nesbitt's income was $8,101.84. Based on the balance and income, Plaintiff has not shown that he is unable to pay the entire filing fee.

Accordingly, the action may only proceed upon payment of the $402 filing and administration. Plaintiff's time to submit this payment is extended to November 26, 2021. The case will be dismissed without prejudice for failure to pay the filing fee if payment is not made by that date.

IT IS SO ORDERED.

                                                /s/ Indira Talwani  
                                              United States District Judge

November 5, 2021