UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH NESBITT,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN KENNEDY, Acting Superintendent,<br><br>    Defendant. | *<br>*<br>*<br>*<br>*   Civil Action No. 21-11071-IT<br>*<br>*<br>*<br>*<br>*<br>* |

ORDER OF DISMISSAL

December 2, 2021

TALWANI, D.J.

    The court's November 5, 2021 Order [#8] found that plaintiff Ralph Nesbitt, who is incarcerated, had failed to show that he was unable to prepay the entire $402 filing fee. The court ordered Plaintiff to pay the $402 filing fee by November 26, 2021, and stated that failure to comply with the Order would result in dismissal of the action without prejudice.

    To date, Plaintiff has not responded to the court's Order and the time to do so has expired.

    Accordingly, it is hereby ordered that this action is DISMISSED without prejudice for failure to pay the filing fee.

    IT IS SO ORDERED.

    /s/ Indira Talwani
    United States District Judge